KULIK, GOTTESMAN MOUTON & SIEGEL LLP
Jonathan Smoller (SBN 137013)
15303 Ventura Boulevard, Suite 1400
Sherman Oaks, California 91403
Telephone: (310) 557-9200; (818) 817-3600
Facsimile: (310) 557-0224
Email: jsmoller@kgmslaw.com

Attorneys for Defendants Pine Mountain Club
Property Owners Association, Inc. and Mary Hansen

# UNITED STATES DISTRICT COURT,

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELLEN FAMILY TRUST, and RAY MELLEN and LINDA MELLEN, Trustees<br><br>Plaintiffs,<br><br>vs.<br><br>PINE MOUNTAIN CLUB PROPERTY OWNERS ASSOCIATION, INC., MARY HANSEN, AS PMCPOA PRESIDENT; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY ADVERSE TO PLAINTIFFS' TITLE, OR ANY CLOUD ON PLAINTIFFS' TITLE TO THE PROPERTY; and DOES 1-10,000, inclusive,<br><br>Defendants. | CASE NO.: 1: 05CV 00246-AWI-DLB<br><br>**STIPULATION AND ORDER RE EXTENSION TO FILE RESPONSE TO COMPLAINT** |

## **STIPULATION**

WHEREAS, on February 18, 2005, Plaintiffs MELLEN FAMILY TRUST, RAY MELLEN and LINDA MELLEN (collectively "Mellen") filed the complaint in this action ("Complaint");

WHEREAS, on **May 13, 2005**, Mellen served Defendants PINE MOUNTAIN CLUB

PROPERTY OWNERS ASSOCIATION, INC. and MARY HANSEN ("Defendants") with the Complaint;

WHEREAS Defendants desire to extend the time to file a response to the Complaint, and Mellen is willing to consent to that extension;

AND WHEREAS no prior extensions have been ordered in this action;

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, by and through their respective counsel, that Defendants shall file and serve their response(s) to the Complaint on or before **June 17, 2005**;

IT IS FURTHER HEREBY STIPULATED AND AGREED BY THE PARTIES that this Stipulation may be signed in counterpart and by facsimile.

IT IS SO STIPULATED:

LAW OFFICES OF JACK A. DRAPER

DATED: _____, 2005         By: _____
                                      Jack A. Draper II
                                      Attorneys for Plaintiffs MELLEN FAMILY TRUST,
                                      RAY MELLEN and LINDA MELLEN

KULIK GOTTESMAN MOUTON & SIEGEL, LLP

DATED: _____, 2005         By: _____
                                          Jonathan L. Smoller
                                      Attorneys for Defendants PINE MOUNTAIN CLUB
                                      PROPERTY OWNERS ASSOCIATION, INC. and
                                      MARY HANSEN

## **ORDER**

Pursuant to the foregoing stipulation, it is hereby ordered that Defendants' response(s) to the Complaint shall be filed and served no later than **June 17, 2005**.

IT IS SO ORDERED.

DATED: June 3, 2005          ____/s/ Dennis L. Beck_____
                                     United States Magistrate Judge