UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELLEN FAMILY TRUST, and RAY MELLEN and LINDA MELLEN, Trustees,<br><br>    Plaintiffs,<br><br>vs.<br><br>PINE MOUNTAIN CLUB PROPERTY OWNERS ASSOCIATION, INC.; MARY HANSEN, AS PMCPOA PRESIDENT; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY ADVERSE TO PLAINTIFFS' TITLE, OR ANY CLOUD ON PLAINTIFFS' TITLE TO THE PROPERTY; and DOES 1-10,000, inclusive,<br><br>    Defendants. | CASE NO.:  05-CV-00246-AWI-DLB<br><br>[Hon. Anthony W. Ishii]<br><br>STIPULATION FOR CONTINUANCE OF DEFENDANT'S MOTION TO DISMISS AND ORDER |

    The parties to this action, by and through their respective counsel, hereby stipulate to a 21 day  continuance of the pending motion to dismiss of Defendant Pine Mountain Club Property Owners Association, Inc. ("PMC") , currently set for hearing on August 1, 2005, in order to engage in early settlement negotiations, and further stipulate that Plaintiff shall have a

/////

/////

21 day extension of the current deadline for filing any opposition to said motion as well.

Dated: July 15, 2005          LAW OFFICES OF JACK A. DRAPER, P. C.

                                      By:____/S/  JACK A. DRAPER II_____
                                            JACK A. DRAPER II
                                             Attorneys for The Mellen Family Trust and
                                               Ray and Linda Mellen, Trustees

Dated: July 15, 2005          KULIK, GOTTESMAN, MOUTON & SIEGEL

                                        By_____/S/ THOMAS WARE_____
                                           THOMAS WARE
                                            Attorneys for Defendants PMC and
                                            Mary Hansen

The parties having so stipulated and good cause appearing therefor, IT IS SO ORDERED. The hearing of Defendant PMC's motion to dismiss is continued to September 12, 2005, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   July 25, 2005**                     _____/s/ **Anthony W. Ishii**_____
0m8i78                                              UNITED STATES DISTRICT JUDGE