UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELLEN FAMILY TRUST, and RAY MELLEN and LINDA MELLEN, Trustees,<br><br>    Plaintiffs,<br><br>    v.<br><br>PINE MOUNTAIN CLUB PROPERTY OWNERS ASSOCIATION, INC.; MARY HANSEN, AS PMCPOA PRESIDENT; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY ADVERSE TO PLAINTIFFS' TITLE, OR ANY CLOUD ON PLAINTIFFS' TITLE TO THE PROPERTY; and DOES 1-10,000, inclusive,<br><br>    Defendants. | CIV-F-05-0246 AWI DLB<br><br>ORDER MOVING HEARING DATE OF DEFENDANTS' MOTION TO DISMISS TO OCTOBER 3, 2005 |

Defendants' motion to dismiss is set for oral argument on Monday, September 12, 2005. In order to allow time for further settlement negotiations, the hearing date of September 12, 2005 is VACATED, and oral argument on this matter is reset for Monday, October 3, 2005 at 1:30 PM.

IT IS SO ORDERED.

Dated:   September 9, 2005                     /s/ Anthony W. Ishii

| | |
|---|---|
| 1   0m8i78 | UNITED STATES DISTRICT JUDGE |