1

2

3

4

5

6                     **UNITED STATES DISTRICT COURT**

7                      **EASTERN DISTRICT OF CALIFORNIA**

8

9   **MELLEN FAMILY TRUST, and RAY**  )   **CIV-F-05-0246 AWI DLB**
    **MELLEN and LINDA MELLEN,**       )
10  **Trustees,**                      )   **ORDER MOVING HEARING DATE**
                                       )   **OF DEFENDANTS' MOTION TO**
11                    **Plaintiffs,**  )   **DISMISS TO OCTOBER 24, 2005**
                                       )
12          **v.**                     )
                                       )
13  **PINE MOUNTAIN CLUB PROPERTY**    )
    **OWNERS ASSOCIATION, INC.; MARY** )
14  **HANSEN, AS PMCPOA PRESIDENT;**   )
    **ALL PERSONS UNKNOWN,**           )
15  **CLAIMING ANY LEGAL OR**          )
    **EQUITABLE RIGHT, TITLE, ESTATE,**)
16  **LIEN, OR INTEREST IN THE**       )
    **PROPERTY ADVERSE TO**            )
17  **PLAINTIFFS' TITLE, OR ANY CLOUD**)
    **ON PLAINTIFFS' TITLE TO THE**    )
18  **PROPERTY; and DOES 1-10,000,**   )
    **inclusive,**                     )
19                                     )
                      **Defendants.**  )
20  _____)

21

22        Defendants' motion to dismiss is set for oral argument on Monday, October 3, 2005.  In

23  order to allow time for the parties to finalize settlement, the hearing date of October 3, 2005 is

24  VACATED, and oral argument on this matter is reset for Monday, October 24, 2005 at 1:30 PM.

25

26  IT IS SO ORDERED.

27  **Dated:    September 27, 2005          _____/s/ Anthony W. Ishii_____**
    0m8i78                                UNITED STATES DISTRICT JUDGE
28

                                    1