UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

MELLEN FAMILY TRUST, and RAY
MELLEN and LINDA MELLEN, Trustees,

    Plaintiffs,

    vs.

PINE MOUNTAIN CLUB PROPERTY
OWNERS ASSOCIATION, INC.; MARY
HANSEN, AS PMCPOA PRESIDENT; ALL
PERSONS UNKNOWN, CLAIMING ANY
LEGAL OR EQUITABLE RIGHT, TITLE,
ESTATE, LIEN, OR INTEREST IN THE
PROPERTY ADVERSE TO PLAINTIFFS'
TITLE, OR ANY CLOUD ON PLAINTIFFS'
TITLE TO THE PROPERTY; and DOES 1-
10,000, inclusive,

    Defendants.

CASE NO.:   05-CV-00246-AWI-DLB

STIPULATION FOR DISMISSAL OF
ENTIRE CASE AND ORDER

    As the above-entitled matter has been settled, the parties to this action, by and
through their respective counsel, hereby stipulate that Defendant's pending motion to
dismiss, and any other pending matters or hearings, shall be taken off calendar and the
entire case dismissed with prejudice, with each party to bear its own costs and fees per
/////

the terms of the settlement agreement between the parties.

Dated: October 13, 2005          LAW OFFICES OF JACK A. DRAPER, P. C.

By:_____/S/  JACK A. DRAPER II_____
          JACK A. DRAPER II
          Attorneys for The Mellen Family Trust and
          Ray and Linda Mellen, Trustees

Dated: October 13, 2005          KULIK, GOTTESMAN, MOUTON & SIEGEL

By_____/S/ THOMAS WARE_____
          THOMAS WARE
          Attorneys for Defendants PMC and
          Mary Hansen

     The parties having so stipulated and good cause appearing therefor, IT IS SO ORDERED.

IT IS SO ORDERED.

**Dated:   November 21, 2005**          _____/s/ Anthony W. Ishii_____
0m8i78                                           UNITED STATES DISTRICT JUDGE

- 2 -